UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LUIS GARCIA, et al.,              :      Civil Action No. 02-2486

      Plaintiff(s),      :

    v.                     :      ORDER SETTING CONFERENCE

PEPSI BOTTLING COMPANY, INC.,:
et al.,
      Defendant(s),     :

It is on this 22nd   day of   January      , 2004

ORDERED that a status conference be conducted at 9:30 A.M. on 5/17/04.   Fact depositions commence 2/12 to close by 3/12/04.  Order for schedule to be submitted 1/29/04. Plaintiff expert disclosures due 5/14/04.

                                                      s/ Ronald J. Hedges

                                                    RONALD J. HEDGES
                                                    UNITED STATES MAGISTRATE JUDGE